```
                                              IN RE
                                              DENNIS PAUL WEBB, JR.
                                              502 ARGYLL ROAD
 1505528-Court-A-U.S.
 JOHN T ORCUTT                                FAYETTEVILLE, NC 28303
 ATTORNEY AT LAW                                        SSN or Tax I.D.   XXX-XX-8500
 6616-203 SIX FORKS RD
 RALEIGH, NC 27615-0000




 U.S. Bankruptcy Court
 P.O. Box 791
 Raleigh, NC 27602                            Chapter 13
                                              Case Number:   15-05528-5-DMW
```

NOTICE OF MOTION FOR CONFIRMATION OF PLAN

Joseph A. Bledsoe, III, Chapter 13 Trustee  has  filed  papers  with  the  Court to Confirm the Chapter 13 Plan.

<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the Motion For Confirmation Of Plan, or if you want the court to consider your views on the motion, then on or before 01/04/2016, you or your attorney must file with the court, pursuant to Local Rule  9013-1  and  9014-1, a written response, an answer explaining your position, and a request for hearing at:

                         U.S. Bankruptcy Court
                         PO Box 791
                         Raleigh, NC  27602

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to debtor(s), debtor(s) attorney and trustee at the following addessses:

| Debtor(s): | Attorney: | Trustee: |
|---|---|---|
| DENNIS PAUL WEBB, JR. | JOHN T ORCUTT | Joseph A. Bledsoe, III |
| 502 ARGYLL ROAD | ATTORNEY AT LAW | P.O. Box 1618 |
| FAYETTEVILLE, NC 28303 | 6616-203 SIX FORKS RD | New Bern, NC 28563 |
|  | RALEIGH, NC 27615-0000 |  |

If a response and a request for hearing is filed in writing on or before the date set above, a hearing will be conducted  on  the motion at a date, time  and  place to  be later  set and all parties will be notified accordingly.

If you or your attorney do not take these steps, the court may  decide  that  you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date:  December 04, 2015                      Joseph A. Bledsoe, III
                                              Chapter 13 Trustee
                                              P.O. Box 1618
                                              New Bern, NC 28563

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
FAYETTEVILLE DIVISION

IN RE:                                                                                       CASE NUMBER:  15-05528-5-DMW

**DENNIS PAUL WEBB, JR.**

CHAPTER 13
DEBTOR(S)

MINUTES OF 341 MEETING AND
MOTION FOR CONFIRMATION OF PLAN

NOW COMES the Trustee in the above referenced Chapter 13 case moving the Court for an Order confirming the Plan in the case and, in support, of said Motion, says unto the court:

1. That the debtor(s) appeared at the meeting of creditors, as required by 11 U.S.C. § 341 and submitted to an examination under oath by the Trustee on  November 23, 2015, or has supplied answers to written interrogatories;

2. The debtor(s) has/have complied with all requirements of 11 U.S.C §521 (a) (1) (B) and Interim Bankruptcy Rules 1007 and 4002 (b), as modified and adopted by this Court, and this case has not been dismissed, nor is it subject to dismissal, under 11 U.S.C. §521 (i);

3. That there are no pending objections to confirmation or other filings or pleadings that would impede the confirmation of the Plan in this case;

4. That the trustee has reviewed the schedules and relative information in the debtor(s) petition and has made a determination of the disposable income for the debtor(s) in this case. The calculation of disposable income impacts what, if any, dividend will be received by unsecured creditors. The debtor(s) plan provides for payments of:

    | Amount | | Months | |
    |---|---|---|---|
    | $1,154.00 | for | 60 | Months |
    | | for | | Months |
    | | for | | Months |
    | | for | | Months |

5. That the liens of creditors which will not be paid in full during the term of the Plan or which are to be paid directly by the debtor(s) are not affected by the confirmation of this plan;

6. Generally, and subject to orders entered hereafter by the Court, any proof of claim that is not filed on or before February 22, 2016 ("Bar Date") shall be disallowed. Claims of governmental units, proofs of which are not filed before April 6, 2016 ("Government Bar Date") shall be disallowed;

7. That the claims of secured creditors shall be paid as secured to the extent of the claim or to the extent of the value of the collateral as set out below:

    a. Claims to be paid directly by the Debtor:

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| #022 Muscogee Co Tax | Taxes | Outside |
| #035 Vacation Village | Time Share Maintenance | Outside |
| #900 Chase Home Finance | 2745 Auburn Ave | Outside |

    b. Continuing Long Term Debts to be paid by the Trustee:

**IF A PROOF OF CLAIM IS TIMELY FILED** the claim is to be paid on a monthly basis according to the terms of the contract effective the first month after confirmation. Arrearages, if any, are to be paid over the life of the plan. Two post-petition contractual payments shall be included in the administrative arrearage claim. **The Debtor is to resume direct payments upon completion of plan payments.**
**(SEE PARAGRAPH 8 BELOW)**

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| NONE | | |

    c. Claims paid to extent of claims as filed (no cramdown):

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| #015 Harley-Davidson | '12 HD Touring FLHR Road King | $12,479.81 @ 5.25% to be paid over life of plan |
| #020 Quantum3 Group | Jewelry | $3,308.67 @ 5.25% to be paid over life of plan |
| #028 Security National | '11 Hyundai Sonata | $19,119.90 @ 5.25% to be paid over life of plan |

    d. Claims paid to extent of value:

| Creditor | Collateral | Present Value | Repayment Rate/Term |
|---|---|---|---|
| NONE | | | |

Pursuant to Local Rule 3070-1(b) some secured creditors may be entitled to pre-confirmation adequate protection payments.

8. **LONG TERM RESIDENTIAL MORTGAGE CLAIMS** shall be paid in a manner consistent with Local Rule 3070-2.

9. That the following creditors have filed secured proofs of claims but, due to the value placed on the collateral, the claims will be treated as unsecured and paid along with other unsecured claims. With respect to claims listed below for which the terms of repayment are listed as "Surrender," upon entry of an Order confirming the plan, as modified by this Motion, the automatic stay of §362(a) and the automatic co-debtor stay of §1301 shall thereupon be lifted and modified with respect to such property "for cause" under §362(a)(1), as allowed by Local Rule 4001-1(b).

    NONE

Reference herein to "Direct" or "Outside" or similar language regarding the payment of a claim under this plan means that the debtor(s) or a third party will make the post-petition payments in accordance with the contractual documents which govern the rights and responsibilities of the parties of the transaction, including any contractual modifications thereof, beginning with the first payment that comes due following the order for relief;

10. That the treatment of claims indicated in paragraphs 7 and 9 above, are based on information known to the Trustee at the time of the filing of this Motion. The treatment of some claims may differ from that indicated if subsequent timely filed claims require different treatment;

11. That the following executory contracts and unexpired leases shall be either assumed or rejected as indicated below:

| Creditor | Property Leased/Contracted For | Treatment |
|---|---|---|
| #013 Gold Gym | Gym Membership | Assume |

12. That priority claims shall be paid in full over the term of the Plan;

13. That confirmation of this Plan will be without prejudice to pending Motions For Relief From the Automatic Stay and will be without prejudice to objections to claims and avoidance actions;

14. That confirmation of the Plan vests all property of the estate in the debtor(s);

15. That the attorney for the debtor(s) is requesting fees in the amount of $3,700.00. The Trustee recommends to the Court a fee of $3,700.00. If the recommended fee is different from that requested an explanation can be found in Exhibit 'A'.

                                          s/ Joseph A. Bledsoe, III
                                          Joseph A. Bledsoe, III
                                          Standing Chapter 13 Trustee

**EXHIBIT 'A'**                                         CASE NUMBER:  15-05528-5-DMW
**DEBTORS:**   DENNIS PAUL WEBB, JR.

**EMPLOYMENT:**
Debtor:        U.S. ARMY                                  GROSS INCOME:   $78,694.32
Spouse:        CAPE FEAR VALLEY MEDICAL                                   $46,450.92
               CENTER

**Prior Bankruptcy cases:**   Yes ☐   No ☒   If so, Chapter ____ filed ____
Disposition:

**Real Property**: House and Lot ☒ Mobile home ☐ Lot/Land ☐ Mobile Home/Lot ☐
Description:   2745 AUBURN AVENUE
FMV            $173,000.00              Date Purchased
Liens          $150,666.51              Purchase Price
Exemptions     $1,325.00                Improvements
Equity         $21,008.49               Insured For
Rent           $1,600.00                Tax Value

**Real Property**: House and Lot ☐ Mobile home ☐ Lot/Land ☐ Mobile Home/Lot ☐
Description:   TIMESHARE – ½ INTEREST
FMV            $0.00                    Date Purchased
Liens          $0.00                    Purchase Price
Exemptions     $0.00                    Improvements
Equity         $0.00                    Insured For
Rent                                    Tax Value

**COMMENTS**:

**Attorney Fees**:  Requested:   $3,700.00    (excluding filing fee)
                    Paid:        $200.00      (excluding filing fee)
                    Balance:     $3,500.00

**Trustee's Recommendation:**        $3,700.00
Comments:

**Plan Information**:
| Plan Information: | | After 341 | | Payout % After 341 | |
|---|---|---|---|---|---|
| Total Debts | $63,597.57 | Pay in | $69,240.00 | Priority | 100.00% |
| Priority | $3,500.00 | Less 6.00% | $4,154.40 | Secured | 100.00% |
| Secured | $37,988.98 | Subtotal | $65,085.60 | Unsecured | 100.00% |
| Unsecured | 22,108.59 | Req. Atty. Fee | Incl. w/ claims | Joint | % |
| Joint Debts | | Available | $65,085.60 | Co-Debts | % |
| Co-Debtor | | | | | |

                                    **Payroll Deduction:** Yes   x        No  ☐
Objection to Confirmation:           Yes   ☐          No    x

   Pending:    SEE COURT DOCKET
   Resolved:   SEE COURT DOCKET

<u>Motions Filed:</u>        Yes   ☐        No    x

    If so, indicate type and status:        SEE COURT DOCKET

Hearing Date:

| | | | |
|---|---|---|---|
| CASE: 1505528 | TRUSTEE: 2V | COURT: 278 | Page 1 of 2 |
| TASK: 12-03-2015.00490328.LSA000 | | DATED: 12/04/2015 | |

| | | | |
|---|---|---|---|
| Court | | Served Electronically | |
| Trustee | | Joseph A. Bledsoe, III | P.O. Box 1618<br>New Bern, NC 28563 |
| Debtor | | DENNIS PAUL WEBB, JR. | 502 ARGYLL ROAD<br>FAYETTEVILLE, NC 28303 |
| 799 | 000002 | JOHN T ORCUTT<br>6616-203 SIX FORKS RD | ATTORNEY AT LAW<br>RALEIGH, NC 27615-0000 |
| 006 | 000023 | CAWLEY & BERGMANN, LLP<br>SUITE 201 | 117 KINDERKAMACK RD<br>RIVER EDGE, NJ 07661 |
| 005 | 000022 | CAVALRY PORTFOLIO SERVICES | 500 SUMMIT LAKE DR, STE 400<br>VALHALLA, NY 10595-2321 |
| 012 | 000028 | FEDLOAN SERVICING | PO BOX 69184<br>HARRISBURG, PA 17106-9184 |
| 017 | 000012 | INTERNAL REVENUE SERVICE | PO BOX 7346<br>PHILADELPHIA, PA 19101 |
| 030 | 000013 | THE HONORABLE LORETTA LYNN<br>950 PENNSYLVANIA AVE NW | US DEPT OF JUSTICE<br>WASHINGTON, DC 20530-0001 |
| 018 | 000037 | INTERSTATE CREDIT COLLECTIONS<br>SUITE B | 711 COLISEUM PLAZA COURT<br>WINSTON SALEM, NC 27106 |
| 037 | 000040 | VETERANS ADMINSTRATION | 251 NORTH MAIN STREET<br>WINSTON SALEM, NC 27155-0000 |
| 031 | 000014 | U S ATTORNEY'S OFFICE<br>STE 800 FEDERAL BLDG | 310 NEW BERN AVE<br>RALEIGH, NC 27601-1461 |
| 029 | 000016 | STATE OF NORTH CAROLINA<br>P O BOX 629 | C/O NC DEPARTMENT OF JUSTICE<br>RALEIGH, NC 27602-0629 |
| 024 | 000015 | NC DEPT OF REVENUE<br>P O BOX 1168 | ATTN: BANKRUPTCY UNIT<br>RALEIGH, NC 27602-1168 |
| 019 | 000017 | JOHN T ORCUTT<br>6616-203 SIX FORKS RD | ATTORNEY AT LAW<br>RALEIGH, NC 27615-0000 |
| 038 | 000042 | WILLIAM P. HARRIS | 10130 PERIMETER PARKWAY, SUITE 400<br>CHARLOTTE, NC 28216 |
| 027 | 000036 | PUBLIC WORKS COMMISSION<br>PO BOX 1089 | 955 OLD WILMINGTON RD<br>FAYETTEVILLE, NC 28302 |
| 009 | 000011 | CUMBERLAND CO TAX COLLECTOR | PO BOX 449<br>FAYETTEVILLE, NC 28302-0449 |
| 013 | 000041 | GOLDS GYM | 2485 HOPE MILLS RD<br>FAYETTEVILL, NC 28304 |
| 035 | 000038 | VACATION VILLAGE AT PARKWAY | PO BOX 405947<br>ATLANTA, GA 30384-5947 |
| 022 | 000008 | MUSCOGEE COUNTY TAX COLLECTOR | PO BOX 1441<br>COLUMBUS, GA 31902-1441 |
| 023 | 000009 | MUSCOGEE COUNTY TAX COLLECTOR | PO BOX 1441<br>COLUMBUS, GA 31902-1441 |
| 011 | 000027 | ENHANCED RECOVERY CORP | 8014 BAYBERRY RD<br>JACKSONVILLE, FL 32256-7412 |
| 036 | 000039 | VACATION VILLAGE AT PARKWAY<br>PO BOX 10689 | C/O ASPEN NATIONAL COLLECTIONS<br>BROOKSVILLE, FL 34603 |
| 900 | 000003 | CHASE HOME FINANCE | PO BOX 24696<br>COLUMBUS, OH 43224-0696 |

| | | | |
|---|---|---|---|
| CASE: 1505528 | TRUSTEE: 2V | COURT: 278 | Page 2 of 2 |
| TASK: 12-03-2015.00490328.LSA000 | | DATED: 12/04/2015 | |

| | | | |
|---|---|---|---|
| 902 | 000004 | CHASE HOME FINANCE | PO BOX 24696<br>COLUMBUS, OH 43224-0696 |
| 028 | 000010 | SECURITY NATIONAL<br>6951 CINTAS BOULEVARD | AUTOMOTIVE ACCEPTANCE CORPORATION<br>MASON, OH 45040-8923 |
| 034 | 000030 | US DEPT OF EDUCATION | PO BOX 16448<br>SAIN PAUL, MN 55116 |
| 033 | 000029 | US DEPT OF EDUCATION | 1 IMATION PL BLDG 2<br>SAINT PAUL, MN 55128-3422 |
| 016 | 000019 | IC SYSTEMS | PO BOX 64378<br>SAINT PAUL, MN 55164-4378 |
| 014 | 000006 | HARLEY DAVIDSON CREDIT<br>SUITE 2000 | 222 WEST ADAMS<br>CHICAGO, IL 60606 |
| 015 | 000005 | HARLEY-DAVIDSON CREDIT CORP | PO BOX 9013<br>ADDISON, TX 75001 |
| 021 | 000032 | MILITARY STAR | PO BOX 650410<br>DALLAS, TX 75265-0410 |
| 001 | 000033 | AAFES/MIL STAR/EXCHANGE<br>PO BOX 740933 | C/O CREDITORS BANKRUPTCY SERVICE<br>DALLAS, TX 75374 |
| 032 | 000031 | US DEPARTMENT OF EDUCATION | PO BOX 5609<br>GREENVILLE, TX 75403 |
| 010 | 000026 | DISH NETWORK | PO BOX 9033<br>LITTLETON, CO 80120 |
| 026 | 000035 | PROFESSIONAL FINANCE CO | PO BOX 1686<br>GREELEY, CO 80632-1686 |
| 003 | 000020 | CAPITAL ONE BANK | PO BOX 30285<br>SALT LAKE CITY, UT 84130-0285 |
| 004 | 000021 | CAPITAL ONE BANK | PO BOX 30285<br>SALT LAKE CITY, UT 84130-0285 |
| 008 | 000025 | CREDIT ONE BANK | 585 SOUTH PILOT ST<br>LAS VEGAS, NV 89119 |
| 025 | 000034 | PIONEER / MAC INC | 4000S EASTERN AVE<br>LAS VEGAS, NV 89119-0826 |
| 007 | 000024 | CREDIT ONE BANK | PO BOX 98873<br>LAS VEGAS, NV 89193-8873 |
| 002 | 000018 | BANFIELD PET HOSPITAL | 8000 NE TILLAMOOK<br>PORTLAND, OR 97213 |
| 020 | 000007 | QUANTUM3 GROUP LLC<br>PO BOX 788 | AGENT FOR STERLING JEWELERS<br>KIRKLAND, WA 98083-0788 |

44 NOTICES

THE ABOVE REFERENCED NOTICE WAS MAILED TO EACH OF THE ABOVE ON 12/04/2015.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON   12/04/2015   BY /S/EPIQ Systems, Inc.

*CM - Indicates notice served via Certified Mail